No. 43551.—Protests 957052–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the savings banks in question are similar to those the subject of Abstract 42749.   The claim as hollow ware at 40 percent under paragraph 339 was therefore sustained.

No. 43552.—Protest 834095–G of Sprouse Reitz & Co. (Los Angeles).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of silver-plated dogs or ornaments with mechanical pencils attached.   The claim at 50 percent under paragraph 339 was therefore sustained.   *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) cited.

No. 43553.—Protests 867000–G, etc., of C. & J. Willenborg, Inc. (New York).

Opinion by DALLINGER, J.   On the evidence presented the candle holders in question were held dutiable at 40 percent under paragraph 339 as claimed.

No. 43554.—Protest 941454–G of F. W. Woolworth Co. (San Francisco).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of wood forks similar to those the subject of *Borgfeldt* v. *United States* (T. D. 48585). The claim at 33⅓ percent under paragraph 412 was therefore sustained.

No. 43555.—Protest 949605–G of S. H. Kress & Co. (New York).

Opinion by DALLINGER, J.   Salad forks of wood were held dutiable at 33⅓ percent under paragraph 412 as claimed.   *Borgfeldt* v. *United States* (T. D. 48585) followed.

No. 43556.—Protest 961577–G of American Import Co. (Los Angeles).

Opinion by DALLINGER, J.   It was stipulated that the electric wreaths in question are similar to those the subject of *Minami* v. *United States* (C. D. 72). The claim at 35 percent under paragraph 353 was therefore sustained.